# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KEVIN ORLANDO BRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNE FOGLE, Assistant Public )<br>Defender, and MARGARET DELEON, )<br>Assistant District Attorney, )<br>)<br>Defendants. )<br>_____) | CASE NO. CV415-029 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Plaintiff asks to "appeal to a higher court." (Id. at 1.) As a result, the Court will construe his objections as a notice of appeal and request to proceed in forma pauperis on appeal. In this case, however, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P.

24(a)(3)(A). After careful consideration, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Plaintiff's construed request to proceed in forma pauperis on appeal is **DENIED**.

SO ORDERED this 25th day of February 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2